# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD,<br><br>           Plaintiff,<br><br>    v.<br><br>HARRINGTON,<br><br>           Defendant.<br>_____ / | CASE NO. 1:10-cv-01755-LJO-SMS PC<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(G), AND REQUIRING PLAINTIFF TO SUBMIT $350.00 FILING FEE WITHIN THIRTY DAYS |

Plaintiff Robert Beard, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 14, 2010. Plaintiff neither paid the $350.00 filing fee in full nor filed an application to proceed in forma pauperis. For the reasons set forth below, Plaintiff is ineligible to proceed in forma pauperis and must submit the filing fee in full within thirty days or this action will be dismissed.

28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff is subject to section 1915(g), and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent danger of serious physical

injury.[1]

The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the imminent danger exception.[2] Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007). Because Plaintiff is not under imminent danger of serious physical injury, he is ineligible to proceed in forma pauperis in this action, and is precluded from proceeding on his complaint absent the submission of the filing fee in full.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff is ineligible to proceed in forma pauperis in this action pursuant to 28 U.S.C. § 1915(g); and

2. Plaintiff shall submit the $350.00 filing fee in full within **thirty (30) days** from the date of service of this order or this action will be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   September 29, 2010**         /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case numbers 1:98-cv-05140-OWW-HGB PC Beard v. Olson, et al., (E.D.Cal.) (dismissed Jun. 7, 1999, for failure to state a claim); 2:03-cv-03290-UA-RZ Beard v. Crenshaw, (C.D.Cal.) (dismissed May 22, 2003, for failure to state a claim); 2:08-cv-04577-UA-RZ Beard v. Hogue, et al., (C.D.Cal.) (dismissed Aug. 7, 2008, for failure to state a claim); 2:09-cv-06975-UA-RZ Beard v. Wright, (C.D.Cal.) (dismissed Oct. 13, 2009, for failure to state a claim) and 2:09-cv-02442-WBS-CMK PC Beard v. Romero, (E.D.Cal.) (dismissed Jun. 24, 2010, for failure to state a claim).

[2] Plaintiff, who is incarcerated at Salinas Valley State Prison, brings this action against Kern Valley State Prison Warden Harrington for failing to notify him of the ramifications of his decision to seek placement in the sensitive needs program. Plaintiff alleges he was not made aware that once placed in the program, he would have to remain in it unless he signed a waiver of liability regarding any harm that might befall him in general population. Plaintiff also alleges that as a result of placement in the program, he was denied access to the canteen and the law library, and was deprived of his high blood pressure medication from March 2010 to May 10, 2010. Finally, Plaintiff alleges that following his transfer to Salinas Valley State Prison, he was attacked by his new cellmate on May 10, 2010, and denied medication and medical treatment for three weeks.