# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD,<br><br>   Plaintiff,<br><br> v.<br><br>HARRINGTON,<br><br>   Defendant.<br>_____/ | CASE NO. 1:10-cv-01755-LJO-SKO PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G)<br><br>(Doc. 6) |

  Plaintiff Robert Beard, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 14, 2010. Plaintiff neither paid the $350.00 filing fee in full nor filed an application to proceed in forma pauperis. On September 29, 2010, the Court issued an order finding Plaintiff ineligible to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and ordering Plaintiff to pay the $350.00 filing fee in full within thirty days.[1] Plaintiff was warned that if he failed to pay the filing fee, this action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee or otherwise responded to the Court's order.

  Accordingly, this action is HEREBY DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915g).

IT IS SO ORDERED.

**Dated:  May 4, 2011**        /s/ Lawrence J. O'Neill

---

[1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

  The Court takes judicial notice of case numbers 1:98-cv-05140-OWW-HGB PC Beard v. Olson, et al., (E.D.Cal.) (dismissed Jun. 7, 1999, for failure to state a claim); 2:03-cv-03290-UA-RZ Beard v. Crenshaw, (C.D.Cal.) (dismissed May 22, 2003, for failure to state a claim); 2:08-cv-04577-UA-RZ Beard v. Hogue, et al., (C.D.Cal.) (dismissed Aug. 7, 2008, for failure to state a claim); 2:09-cv-06975-UA-RZ Beard v. Wright, (C.D.Cal.) (dismissed Oct. 13, 2009, for failure to state a claim) and 2:09-cv-02442-WBS-CMK PC Beard v. Romero, (E.D.Cal.) (dismissed Jun. 24, 2010, for failure to state a claim).

UNITED STATES DISTRICT JUDGE