# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD, | CASE NO. 1:10-cv-01755-LJO-SKO PC |
| Plaintiff, | ORDER STRIKING MOTION FOR RECONSIDERATION AND DIRECTING CLERK'S OFFICE TO RE-SERVE ORDER |
| v. | |
| HARRINGTON, | (Doc. 14) |
| Defendant. | |

Plaintiff Robert Beard, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 14, 2010, and it was dismissed on May 4, 2011, without prejudice, pursuant to 28 U.S.C. § 1915(g). On June 29, 2011, the Court issued an order denying Plaintiff's second motion for reconsideration, with prejudice, and placing Plaintiff on notice that any further motions for reconsideration would be summarily stricken from the record. On December 7, 2012, Plaintiff filed his third motion for reconsideration. Fed. R. Civ. P. 60(b)(6).

Pursuant to the order of June 29, 2011, Plaintiff's motion for reconsideration is HEREBY ORDERED STRICKEN from the record. The Clerk's Office is DIRECTED to re-serve the order of June 29, 2011, as it was returned as undeliverable.

IT IS SO ORDERED.

**Dated:    December 10, 2012**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1